**10/31/2007 - IT IS SO ORDERED.**
**/s/SOLOMON OLIVER, JR.**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN JANNEY, | ) | CASE NO. 1:07 CV 0216 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER |
| | ) | |
| vs. | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| FLUKE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Susan Janney and Defendants Fluke Corporation, Danaher Corporation and Ken Konopa (collectively "Defendants"), through counsel, hereby stipulate to the dismissal of this cause of action with prejudice. Costs to Defendants.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher P. Thorman | /s/ Martin T. Wymer (per e-mail consent) |
| CHRISTOPHER P. THORMAN (0056013) | MARTIN T. WYMER (0004004) |
| cthorman@thllaw.com | mwymer@bakerlaw.com |
| JON LUCAS LINDBERG (0076591) | |
| jlindberg@thllaw.com | |
| | |
| THORMAN & HARDIN-LEVINE CO., L.P.A. | BAKER & HOSTETLER |
| The Bradley Building | 3200 National City Center |
| 1220 West Sixth Street, Suite 207 | 1900 East 9th Street |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44114 |
| Phone (216) 621-9767 | Phone (216) 621-0200 |
| Fax (216) 621-3422 | Fax (216) 696-0740 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on October 31, 2007, I electronically filed a copy of the foregoing. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system

          */s/ Christopher P. Thorman*
CHRISTOPHER P. THORMAN (0056013)
cthorman@thllaw.com
JON LUCAS LINDBERG (0076591)
jlindberg@thllaw.com

THORMAN & HARDIN-LEVINE CO., L.P.A.
The Bradley Building
1220 West Sixth Street, Suite 207
Cleveland, Ohio 44113
Phone (216) 621-9767
Fax (216) 621-3422
*Attorneys for Plaintiff*